IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:21-CR-208-N (01) |
| v. | |
| TREMELLE SYKES, | |
| Defendant, | |
| and | |
| JP MORGAN CHASE BANK, N.A. and TRUSTMARK NATIONAL BANK, | |
| Garnishees. | |

## ORDER TO QUASH WRITS OF GARNISHMENT

Before the Court is the United States' Motion to Quash Writs of Garnishment. Upon consideration, the motion is GRANTED.

IT IS HEREBY ORDERED and ADJUDGED that the writs of garnishment issued to JP Morgan Chase Bank, N.A. and Trustmark National Bank, are terminated and quashed without prejudice, and all property held by the garnishees shall be released from restriction.

Signed November 4, 2022.

_____
DAVID C. GODBEY
CHIEF JUDGE

Order to Quash Writs of Garnishment—Page 1